IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TERRELL KEY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SHELBY COUNTY JAIL, )<br>)<br>Respondent. ) | No. 2:25-cv-02823-SHL-tmp |

**ORDER DISMISSING § 2254 PETITION WITHOUT PREJUDICE
FOR FAILURE TO PROSECUTE**

On August 20, 2025, Petitioner Terrell Key, who is incarcerated at the Shelby County Jail in Memphis, Tennessee under prisoner identification number 22113469, filed a pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1.) Key failed to either (1) pay the five dollar habeas filing fee required by 28 U.S.C. § 1914(a) or (2) submit (a) an application to proceed in forma pauperis and (b) a certified copy of his inmate trust fund account statement. See 28 U.S.C. § 1914(a); 28 U.S.C. § 1915(a)(1)–(2).

On August 21, 2025, the Clerk of Court sent Key a Pro Se Filing Deficiency Notice, notifying him:

> The filing of a new [petition] requires payment. No payment was included with this submission. Please submit $5.00 by money order or cashier's check. If you would like to request a waiver of payment, please complete an Application to Proceed In Forma Pauperis (IFP). This form has been included for your use. The [Petitioner] shall have 30 days from the date of [this] notice to either pay the civil filing fee or file a completed IFP application. If the [Petitioner] does not timely pay the civil filing fee or file a completed IFP application, the [petition] will be dismissed. If you are currently incarcerated, please submit an Application to Proceed In Forma Pauperis along with a certified trust fund statement for the last six months from the facility where you are incarcerated.

(ECF No. 4 at PageID 19.)   Key's deadline to comply with the August 21, 2025 Deficiency Notice was Monday, September 22, 2025.[1]   (See id.)

Petitioner has not complied with the August 21, 2025 Deficiency Notice, and the time for compliance has expired.   The § 2254 petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) for failure to prosecute.

**IT IS SO ORDERED** this 5th day of November, 2025.

                                      s/ Sheryl H. Lipman
                                      SHERYL H. LIPMAN
                                      CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Key's deadline under the Deficiency Notice was Saturday, September 20, 2025.   Under Fed. R. Civ. P. 6(a)(1)(C), Saturdays, Sundays, and legal holidays are not counted when computing deadlines.   If a time period would otherwise end on a weekend or legal holiday, the time period is deemed to extend to the next day when the Clerk's Office is open.   Therefore, Key's deadline to pay the $5.00 habeas filing fee or file an application to proceed in forma pauperis was Monday, September 22, 2025.